UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHITNEY TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRONOVA, INC., DARIUS G. NEVIN, JORIK E. ITTMANN, SHAWN KRAVETZ, ALEXIS P. MICHAS, MITCHELL I. QUAIN, YVONNE E. SCHLAEPPI, and RICHARD S. WARZALA,<br><br>Defendants. | Case No. 26-cv-8791<br><br>Hon. Martha M. Pacold |

**NOTICE OF DISMISSAL WITH PREJUDICE**

THE PLAINTIFF, Whitney Taylor, by counsel, Ademi LLP hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) that this action is dismissed with prejudice.

Dated: October 29, 2026

**ADEMI LLP**

By: *<u>/s/ John D. Blythin</u>*

John D. Blythin (IL ARDC 6281648)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414-482-8000
Fax 414-482-8001
jblythin@ademilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, John D. Blythin, certify that on October 29, 2026, I sent the following document:

**NOTICE OF DISMISSAL WITH PREJUDICE**;

by electronic mail to the following address(es):

Britt Latham
Grace Platt
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203

Email: blatham@bassberry.com
Grace.Platt@bassberry.com

*Attorneys for Defendant*

/s/ John D. Blythin
John D. Blythin
**ADEMI LLP**
3620 E. Layton Avenue
Cudahy, WI 53110
Phone No.: 414.482.8000
E-mail: jblythin@ademilaw.com