**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Whitney Taylor
Plaintiff,
v.
AstroNova Inc, et al.
Defendant.

Case No.: 1:26−cv−08791
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's Notice of Voluntary Dismissal, [19]. This dismissal took effect without court intervention. See Fed. R. Civ. P. 41(a)(1)(A)(i); Waetzig v. Halliburton Energy Servs., 145 S. Ct. 690, 694 (2025). Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.